UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KANTO CAMAJ, et al.,

    Plaintiff,                                  Civil Action No. 09-11259

v.                                           HON. VICTORIA A ROBERTS
                                               U.S. District Judge
                                               HON. R. STEVEN WHALEN
                                               U.S. Magistrate Judge

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

    Defendant.
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

       The undersigned has been assigned as the Magistrate Judge in this action. Upon review of the record I have found cause to recuse myself pursuant to 28 U.S.C. §455(a), and therefore the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

       IT IS SO ORDERED.

                                                 S/R.STEVEN WHALEN
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Pursuant to this order this case is reassigned from Magistrate Judge R. Steven Whalen to Magistrate Judge **Michael Hluchaniuk**.

Date: May 20, 2009             s/ Sarah Schoenherr
                                      Deputy Clerk

*Copies Served on:*
Counsel of Record
Assigned District Judge
Receiving Magistrate Judge